AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAFAEL VEGA-LOPEZ | CASE NUMBER: 08 MJ 0537 |
| | 08 CR 845 BTM |

I, <u>RAFAEL VEGA-LOPEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/20/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x_Rafael Vega_
Defendant

x_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY